THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

SAME, Respondent, *v.* SAME, Appellants.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Purdy*, 168 App. Div. —, affirmed.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Purdy*, 168 App. Div. —, affirmed.

(Argued May 27, 1915; decided July 13, 1915.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 9, 1915, which affirmed an order of Special Term canceling assessments for purposes of taxation upon certain bridges over the rights of way and tracks of the railroads leased and operated by the relator in the borough of The Bronx, city of New York.

*Frank L. Polk, Corporation Counsel (Curtis A. Peters* and *Addison B. Scoville* of counsel), for appellants.

*George H. Walker, Crosby J. Beakes* and *Alexander S. Lyman* for respondent.

Order in each case affirmed, with costs. (See *People ex rel. N. Y., O. & W. Ry. Co.* v. *State Bd. of Tax Comrs.*, 215 N. Y. 434); no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.